NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD M. BOOMER,               )
                                 )
            Appellant,           )
                                 )
v.                               )          Case No. 2D18-4151
                                 )
STATE OF FLORIDA,                )
                                 )
            Appellee.            )
_____)

Opinion filed May 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; J. Kevin Abdoney,
Judge.


PER CURIAM.

        Affirmed.  See State v. Drawdy, 136 So. 3d 1209 (Fla. 2014); Heuring v.

State, 513 So. 2d 122 (Fla. 1987); State v. Hogan, 451 So. 2d 844 (Fla. 1984); Carlyle

v. State, 945 So. 2d 540 (Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla.

2d DCA 2004); State v. Wells, 466 So. 2d 291 (Fla. 2d DCA 1985).


SILBERMAN, MORRIS, and SALARIO, JJ., Concur.